Alexander E. Fraser }
vs.                        } Eq. No. 10840.
Walter A. Wright }

DECISION.

March 11, 1932.

WALSH, J. Re-argued upon motion of petitioner after decision for respondent.

After a full discussion of the facts and law involved, we are unable to discover any new and material evidence which causes us to change our recent decision. The decision heretofore filed, therefore, must stand.

For complainant: Huddy & Moulton.

For respondent: Tillinghast & Collins.